**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Sir Albert L. Johnson,

Plaintiff,

v.

J. Rardin, Warden, et al.,

Defendants.

No. 26-cv-2248 (KMM/JFD)

**ORDER**

---

This matter is before the Court on United States Magistrate Judge John F. Docherty's June 22, 2026 Report and Recommendation ("R&R") recommending dismissal of Plaintiff Sir Albert L. Johnson's Complaint. (Dkt. 14.) Specifically, Judge Docherty recommends that Claims 1, 2, 3, and 4 should be dismissed with prejudice, Claim 5 should be dismissed without prejudice for lack of jurisdiction, and Claim 6 should be dismissed with prejudice in part and without prejudice in part. (*Id.* at 16–17 ¶¶ 1–6.) He also recommends denying Mr. Johnson's other pending Motions as moot.[1] (*Id.* at 17 ¶ 6.)

Mr. Johnson now objects to the entirety of the R&R. (Dkt. 17.) The Court reviews the R&R de novo. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b)(3). District courts "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b); *see also* Fed. R. Civ. P. 72(b)(3). After careful

[1] At the time of the R&R, those Motions were: a Motion for preliminary injunctive relief (Dkt. 11); a Motion to appoint counsel (Dkt. 12); and a Motion to proceed in forma pauperis (Dkt. 13). After the R&R was issued, Mr. Johnson filed a renewed Motion for preliminary injunctive relief. (Dkt. 15.)

consideration of the R&R, Mr. Johnson's Objections, and the entire record, the Court agrees with Judge Docherty's conclusions, accepts the R&R as modified, and dismisses Mr. Johnson's Complaint.

**ORDER**

For the reasons set forth above, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Dkt. 14) is **ACCEPTED as modified**;
2. Plaintiff Sir Albert L. Johnson's Complaint (Dkt. 1) is **DISMISSED**. Dismissal is as follows:
   a. Claims 1, 2, 3, 4, and 6 are **DISMISSED with prejudice**; and
   b. Claim 5 is **DISMISSED without prejudice** for lack of jurisdiction.
3. Mr. Johnson's Motion for Injunction and/or Restraining Order (Dkt. 11) is **DENIED as moot**;
4. Mr. Johnson's Motion to Appoint Counsel (Dkt. 12) is **DENIED as moot**;
5. Mr. Johnson's Motion to Proceed In Forma Pauperis (Dkt. 13) is **DENIED as moot**; and
6. Mr. Johnson's Motion and Affidavit for Restraintive and Injunctive Relief (Dkt. 15) is **DENIED as moot**.

**Let Judgment be entered accordingly.**

Date: August 14, 2026

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge