UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Sir Albert L. Johnson,<br><br>Plaintiff,<br><br>v.<br><br>J. Rardin, Warden, et al.,<br><br>Defendant. | No. 26-cv-2248 (KMM/JFD)<br><br><br><br>**ORDER** |

---

This matter is before the Court on Plaintiff Sir Albert L. Johnson's Application to Proceed in Forma Pauperis on Appeal. (Dkt. 27.) On August 14, 2026, the Court adopted the Report and Recommendation of Magistrate Judge John F. Docherty dismissing this case. Mr. Johnson now seeks to appeal that dismissal without prepayment of the appellate filing fee.

Under 28 U.S.C § 1915, courts may allow a party to proceed without prepayment of fees, costs or security, upon affidavit testifying to their inability to pay such costs. However, a plaintiff like Mr. Johnson, who is a prisoner and is, therefore, subject to the Prison Litigation Reform Act, must still pay an initial partial appellate filing fee. *See* 28 U.S.C. § 1915(b)(1). That initial fee is calculated by determining "20 percent of the greater of—(A) the average monthly deposits to the prisoner's account; or (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal." *Id.* § 1915(b)(1)(A)–(B).

Based on a review of Mr. Johnson's submission, he is financially eligible to proceed in forma pauperis on appeal. And Mr. Johnson must first pay an initial partial appellate filing fee of $1.95. This fee represents 20% of the average monthly deposits in Plaintiff's trust account over the last six months.[1] *See* 28 U.S.C. § 1915(b)(1)(A). The remainder of the filing fee shall be paid in monthly installments as set forth in § 1915(b)(2).

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Application to Proceed in Forma Pauperis on Appeal, Dkt. 27, is **GRANTED**.

2. Plaintiff must pay an initial partial appellate filing fee of $1.95.

3. After receipt of Plaintiff's initial partial appellate filing fee, Plaintiff must pay the remaining unpaid balance ($562.74) of the $605 statutory filing fee for his appeal in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court shall provide notice of this requirement to the authorities at the institution where Plaintiff is confined.

Date: November 6, 2026

*s/Katherine Menendez*
Katherine Menendez
United States District Court

[1] The prison trust account statement submitted by Mr. Johnson with his appellate IFP application indicates that the average monthly deposits and the average monthly balance of his trust account were the same $9.75 figure, so the initial-partial-appellate-filing-fee calculation is the same regardless of whether the analysis is conducted under § 1915(b)(1)(A) or (b)(1)(B). (Dkt. 27 at 6.)